SWIFT & COMPANY, A CORPORATION, PLAINTIFF-RE-
SPONDENT, v. ERWIN SMIGEL, EXECUTOR OF THE
ESTATE OF JOSEPH OSCAR SMIGEL, ALSO KNOWN
AS JOSEPH ASHER SMIGEL, DEFENDANT-APPELLANT.

Argued April 10, 1972—Decided April 24, 1972.

*Mr. John J. Baldino* argued the cause for the appellant
(*Messrs. Calissi, Klinger, Cuccio & Baldino,* attorneys).

*Mr. Sidney Krieger* argued the cause for respondent.

PER CURIAM. The judgment is affirmed for the reasons
expressed in the Appellate Division opinion. (115 *N. J.
Super.* 391).

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUN-
TAIN—7.

*For reversal*—None.